1

2                          UNITED STATES DISTRICT COURT

3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                                 OAKLAND DIVISION

5

6   U.A. LOCAL 342 JOINT LABOR-              Case No:  C 10-03662 SBA
    MANAGEMENT COMMITTEE, et al.,
7                                            **ORDER GRANTING**
                    Plaintiffs,              **ADMINISTRATIVE MOTION TO**
8                                            **CONTINUE CASE MANAGEMENT**
          vs.                                **CONFERENCE**
9
    SOUTH CITY REFRIGERATION, a              Docket 10
10  California Corporation,

11                  Defendant.

12

13        Good cause appearing,

14        IT IS HEREBY ORDERED THAT Plaintiffs' administrative motion to continue the

15  Case Management Conference ("CMC") currently scheduled for December 1, 2010, is

16  GRANTED.  The CMC is CONTINUED to March 16, 2010, at 3:30 p.m.  Prior to the date

17  scheduled for the CMC, the parties shall meet and confer and prepare a joint CMC

18  statement.  The joint statement shall be filed no later than five (5) days prior to the

19  conference and shall comply with the Standing Order for All Judges of the Northern

20  District of California and the Standing Order of this Court.  Plaintiffs shall be responsible

21  for filing the statement as well as for arranging the conference call.  All parties shall be on

22  the line and shall call (510) 637-3559 at the above indicated date and time.  Plaintiffs shall

23  file their motion for default judgment within thirty (30) days of this Order and notice their

24  motion for a hearing date prior to March 16, 2011.  This Order terminates Docket 10.

25        IT IS SO ORDERED.

26  Dated:  November 29, 2010                _____
                                            SAUNDRA BROWN ARMSTRONG
27                                          United States District Judge

28