UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>SOUTH CITY REFRIGERATION, a California Corporation,<br><br>            Defendant. | Case No:  C 10-03662 SBA<br><br>**AMENDED ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Docket 10 |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiffs' administrative motion to continue the Case Management Conference ("CMC") currently scheduled for December 1, 2010, is GRANTED.  The CMC is CONTINUED to March 16, 2011, at 3:45 p.m.  Prior to the date scheduled for the CMC, the parties shall meet and confer and prepare a joint CMC statement.  The joint statement shall be filed no later than five (5) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.  Plaintiffs shall file their motion for default judgment within thirty (30) days of this Order and notice their motion for a hearing date prior to March 16, 2011.  This Order terminates Docket 10.

IT IS SO ORDERED.

Dated:  November 29, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge