UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTH CITY REFRIGERATION, INC., a California Corporation,<br><br>Defendant. | Case No:  C 10-03662 SBA<br><br>**ORDER DISMISSING ACTION** |

The Court having been notified of the settlement of this action (Dkt. 18), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within  30 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

IT IS SO ORDERED.

Dated: February 1, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge