RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
SONYA M. GORDON, Bar No. 232600
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA  94104-6702
TEL:  (415) 677-9440
FAX: (415) 677-9445
Attorneys for Plaintiffs
Email: rgrosboll@neyhartlaw.com
       sgordon@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above TRUSTS,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTH CITY REFRIGERATION, INC., a California Corporation,<br><br>Defendant. | Case No.   10-cv-3662-SBA<br><br>[Proposed] ORDER FOR ENTRY OF JUDGMENT<br><br>Courtroom:   Courtroom 1, 4th Floor<br>Location:     1301 Clay Street<br>              Oakland, CA 94612-5212<br>Judge:        Saundra B. Armstrong |

1

[PROPOSED] ORDER:

    IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor of Plaintiffs against Defendants SOUTH CITY REFRIGERATION, INC., a California Corporation, in the sum of $33,000.

IT IS SO ORDERED.

Dated: 3/7/11          _Saundra B. Armstrong_
                                    U.S. District Court Judge

PROOF OF SERVICE BY MAIL

1  I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On February 18, 2011, I served the within:

**REQUEST TO ENTER DEFAULT AGAINST DEFENDANT SOUTH CITY REFRIGERATION, INC.**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

SOUTH CITY REFRIGERATION, INC.
338 North Canal Street, Suite 3
South San Francisco, CA 94080

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 18, 2011, at San Francisco, California.

                    ___/s/ Sonya M. Gordon_____
                        Sonya M. Gordon
                        Attorneys for Plaintiffs

3

**Case No. 10-cv-3662-SBA**
**[Proposed] ORDER FOR ENTRY OF JUDGMENT**